IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RALPH K. AKRIDGE, | ) |
| Plaintiff, | ) Case No. 3:02-0552 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

### ORDER

Pending before the Court on Cross Motions for Summary Judgment (Doc. Nos. 22, 25). Magistrate Judge Knowles has issued a Report and Recommendation (Doc. No. 29). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby DENIES Plaintiff's Motion for Judgment on the Administrative Record and GRANTS Defendant's Motion for Judgment on the Administrative Record. The Court therefore AFFIRMS this decision of the Commissioner. This Order terminates this Court's jurisdiction over the above-styled action, and the case is DISMISSED.

It is so ORDERED.

Entered this the ____5____ day of May, 2006.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT